

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00286-CV

———————————————

BIO-MEDICAL APPLICATIONS OF TEXAS, INC. D/B/A NORTHEAST FORT WORTH DIALYSIS CENTER A/K/A FRESENIUS KIDNEY CARE N.E. FORT WORTH, Appellant

V.

RSG INVESTMENTS B, LLC, Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-365141-25

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: November 26, 2025